# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

DAVID JOHN LEYLAND,     )
    )
    Plaintiff,     )
    )
    v.     )   Civil Case No. 10-2327 (RJL)
    )
MILLER EDWARDS,     )
    )
    Defendant.     )
    )

## ORDER

For the reasons set forth in the Memorandum Opinion entered this date, it is this

_6th_ day of July, 2011, hereby

**ORDERED** that the defendant Miller Edwards's Motion to Dismiss [#5] is

**GRANTED**; it is further

**ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge